IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID M. DAVIS,

        Plaintiff,                    No. 3:14-cv-00271-PK

       v.                            ORDER

CAROLYN W. COLVIN, Acting
Commissioner of Social Security

        Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge Papak issued a Findings and Recommendation [15] on March 19, 2015, in which he recommends this Court reverse the Commissioner's final decision denying Mr. Davis's application for disability insurance benefit and social security insurance, and remand the case for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v.

1 – ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [15]. Accordingly, the Commissioner's final decision denying Mr. Davis's application for disability insurance benefits and social security insurance is reversed, and the case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this 9 day of May, 2015.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER