IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID DAVIS,

                Plaintiff,

                                                3:14-CV-00271-PK

v.                                          ORDER

CAROLYN COLVIN,
Commissioner of Social Security,

                Defendant.

---

PAPAK, Magistrate Judge:

      Plaintiff David Davis ("Plaintiff") moves this court to award attorney fees pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412.  Plaintiff's Motion for Attorney Fees (#19) is

GRANTED and I ORDER that attorney fees in the amount of $2,622.33 shall be awarded to

Plaintiff.  The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Page 1 - ORDER

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

Dated this 17th day of August, 2015.

Honorable Paul Papak
United States Magistrate Judge